UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

-vs-

FRANK D. COLBERT,

                Defendant./

CASE NO. 03CR80626

HON. PATRICK J. DUGGAN

## **ORDER FOR WAGE ASSIGNMENT**

This matter having come before the Court upon the agreement of the parties, and the Court finding cause, now therefore

IT IS ORDERED that defendant, Frank D. Colbert, shall assign $100.00 per month, from his wages for application against the judgment in this case; and

IT IS FURTHER ORDERED that Cosi, Inc. shall deduct the sum of $100.00 per month from the wages of Frank D. Colbert, whose social security number is XXX-XX-2885; and

IT IS FURTHER ORDERED that Cosi, Inc. shall remit the monies so deducted to the <u>Clerk of the Court – Eastern District of Michigan, 5th Floor, Theodore Levin US Courthouse and Federal Building, 231 W. Lafayette, Detroit, MI 48226</u>; and

IT IS FURTHER ORDERED that the Clerk of the Court shall disburse these funds in accordance with the provisions of the judgment in this case; and

ecfdoc

IT IS FURTHER ORDERED that this order shall remain in effect until such time as the judgment in this case is paid in full, defendant is no longer employed with Cosi, Inc., or until further order of the Court; and

IT IS FURTHER ORDERED that the United States shall promptly serve a copy of this order on the defendant and on Cosi, Inc. at 1751 Lake Cook Road, Deerfield, IL 60015.


s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: March 31, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 31, 2008, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

ecfdoc